IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK MACK,<br>　　　Plaintiff | :<br>:<br>: |
| v. | : CIVIL NO. 4:08-CV-1096 |
| | :<br>: (Judge Jones) |
| SUPERINTENDENT KLOPOTOSKI,<br>ET AL.,<br>　　　Defendants | :<br>:<br>:<br>: |

**MEMORANDUM AND ORDER**

June 18, 2008

**Background**

This *pro se* civil rights action was filed by Derrick Mack ("Plaintiff" or "Mack"), an inmate presently confined at the State Correctional Institution, Dallas, Pennsylvania. Along with his complaint, Plaintiff has submitted an application requesting leave to proceed *in forma pauperis*.[1] Service of the Complaint will be ordered.

However, Plaintiff's prayer for relief to the extent that it seeks a specific amount of damages will be stricken pursuant to M.D. Pa. Local Rule 8.1(a demand for judgment shall not claim any specific sum where unliquidated damages are involved).

---

[1] Mack completed this Court's form application to proceed *in forma pauperis* and authorization to have funds deducted from his prison account. The Court then issued an Administrative Order directing the Warden at his present place of confinement to commence deducting the full filing fee from Plaintiff's prison trust fund account.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to proceed *in forma pauperis* is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.

2. The United States Marshal is directed to serve Plaintiff's Complaint on the Defendants named therein.

JOHN E. JONES III.
United States District Judge